IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL T. UPSHAW, : | |
|     Plaintiff : | CIVIL ACTION NO. 3:CV-11-1138 |
| : | |
| v. : | |
| : | (Judge Nealon) |
| MICHAEL J. ASTRUE, : | |
| Commissioner of Social Security, : | (Magistrate Judge Blewitt) |
|     Defendant : | |

## ORDER

**NOW**, this 1ST day of March, 2012, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation (Doc. 13) is **ADOPTED**.

2. Plaintiff's appeal is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

FILED
SCRANTON

MAR 0 1 2012

Per_____
         DEPUTY CLERK

_____
United States District Judge